United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-11584-sr
Holly J. Richardson                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1                  Date Rcvd: Oct 25, 2016
                    Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2016.
db         +Holly J. Richardson,    105 Landis Creek Lane,    Royersford, PA 19468-1775
cr          Nissan Motor Acceptance Corporation, Servicer for,    PO Box 660366,    Dallas, TX  75266-0366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2016 at the address(es) listed below:
        BRENNA HOPE MENDELSOHN    on behalf of Debtor Holly J. Richardson tobykmendelsohn@comcast.net
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for
   Nissan-Infiniti LT mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                       TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: HOLLY J. RICHARDSON ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| NISSAN MOTOR ACCEPTANCE ) | CASE NO. 16-11584 (SR) |
| CORPORATION, SERVICER FOR ) | |
| NISSAN-INFINITI LT ) | 11 U.S.C. 362 |
| **Moving Party** ) | |
| ) | 11 U.S.C. 1301 |
| v. ) | |
| HOLLY J. RICHARDSON ) | HEARING DATE: **8-31-16 at 10:00 AM** |
| ANNA THERESA MCNICHOL ) | |
| **Respondent(s)** ) | |
| ) | |
| FREDERICK L. REIGLE ) | |
| **Trustee** ) | |
| ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Nissan Motor Acceptance Corporation and the Debtor in settlement of the Motion For Stay Relief, and filed on or about October 24, 2016, in the above matter is APPROVED.

Dated: October 25, 2016

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE