**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                               CASE NO.: 16-11584-SR
                                                                              CHAPTER 13

Holly J. Richardson,

   Debtor.

_____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of NATIONSTAR MORTGAGE LLC ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

                                       Robertson, Anschutz & Schneid, P.L.
                                       Authorized Agent for Secured Creditor
                                       6409 Congress Ave., Suite 100
                                       Boca Raton, FL 33487
                                       Telephone: 561-241-6901
                                       Facsimile: 561-997-6909
                                       By: /s/Keith Labell
                                       Keith Labell, Esquire
                                       Email: klabell@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 30, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

MENDELSOHN & MENDELSOHN, PC
637 WALNUT STREET
READING, PA  19601

HOLLY J. RICHARDSON
105 LANDIS CREEK LANE
ROYERSFORD, PA  19468

FREDERICK L. REIGLE
2901 ST. LAWRENCE AVE.
P.O. BOX 4010
READING, PA  19606

UNITED STATES TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA  19107

> Robertson, Anschutz & Schneid, P.L.
> Authorized Agent for Secured Creditor
> 6409 Congress Ave., Suite 100
> Boca Raton, FL 33487
> Telephone: 561-241-6901
> Facsimile: 561-997-6909
> By: /s/Keith Labell
> Keith Labell, Esquire
> Email: klabell@rasflaw.com