| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 16-11584-AMC**

HOLLY J. RICHARDSON
105 LANDIS CREEK LANE
ROYERSFORD  PA    19468

Petition Filed Date: 03/09/2016
341 Hearing Date: 05/20/2016
Confirmation Date: 12/07/2016

Case Status: Completed on 6/26/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2019 | $350.00 | 17859526381 | 02/25/2019 | $350.00 | 17883287990 | 03/25/2019 | $350.00 | 17883288395 |
| 04/23/2019 | $350.00 | 17889045979 | 05/29/2019 | $350.00 | 17889046014 | 06/25/2019 | $350.00 | 17889046319 |
| 07/23/2019 | $350.00 | 17978213075 | 08/21/2019 | $350.00 | 17673966259 | 09/20/2019 | $350.00 | 17687529466 |
| 10/23/2019 | $350.00 | 19029929486 | 11/22/2019 | $350.00 | 19038811447 | 12/26/2019 | $350.00 | 19047116989 |
| 01/27/2020 | $350.00 | 19063419018 | 02/25/2020 | $350.00 | 19070495789 | 03/24/2020 | $350.00 | 19078640160 |
| 04/24/2020 | $350.00 | 19062166384 | 06/03/2020 | $350.00 | 19094240762 | 06/25/2020 | $500.00 | 19106114992 |
| 06/25/2020 | $500.00 | 19106114993 | 06/25/2020 | $500.00 | 19106114994 | 06/25/2020 | $500.00 | 19106114995 |
| 06/25/2020 | $500.00 | 19106114996 | 06/25/2020 | $500.00 | 19106114991 | 06/25/2020 | $150.00 | 19106114997 |

**Total Receipts for the Period:  $9,100.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $21,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | AMERICAN INFOSOURCE LP<br>»»  003 | Unsecured Creditors | $2,985.21 | $1,328.29 | $1,656.92 |
| 4 | BUREAUS INVESTMENT GROUP PORTFOLIO<br>»»  004 | Unsecured Creditors | $1,751.00 | $779.10 | $971.90 |
| 7 | BANK OF AMERICA NA<br>»»  007 | Unsecured Creditors | $14,741.34 | $6,559.00 | $8,182.34 |
| 8 | BECKET & LEE, LLP<br>»»  008 | Unsecured Creditors | $1,042.50 | $463.79 | $578.71 |
| 5 | ECAST SETTLEMENT CORPORATION<br>»»  005 | Unsecured Creditors | $14,824.72 | $6,596.05 | $8,228.67 |
| 1 | HUNTINGTON NATIONAL BANK<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | MOMA FUNDING LLC<br>»»  006 | Unsecured Creditors | $1,763.15 | $784.52 | $978.63 |
| 2 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | NATIONSTAR MORTGAGE LLC<br>»»  010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | MENDELSOHN & MENDELSOHN PC<br>»»  009 | Attorney Fees | $2,650.00 | $2,650.00 | $0.00 |

**Chapter 13 Case No. 16-11584-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,000.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $19,160.75 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,839.25 | Total Plan Base: | $21,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.