United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-11584-amc
Holly J. Richardson                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW           Page 1 of 2                Date Rcvd: Aug 17, 2020
                            Form ID: 138NEW          Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2020.
```
db            +Holly J. Richardson,   105 Landis Creek Lane,   Royersford, PA 19468-1775
cr            +Nationstar Mortgage LLC,   Robertson, Anschutz, Schneid, P.L.,   6409 Congress Ave., Suite 100,
               Boca Raton, FL 33487-2853
cr             Nissan Motor Acceptance Corporation, Servicer for,    PO Box 660366,   Dallas, TX  75266-0366
13767711      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
13771872       Capital One NA,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
13687544      +Citibank/Best Buy,   Centralized Bankruptcy/CitiCorp Credit S,   Po Box 790040,
               St Louis, MO 63179-0040
13687545      +Citibank/The Home Depot,   Citicorp Credit Srvs/Centralized Bankrup,   Po Box 790040,
               Saint Louis, MO 63179-0040
13687546      +Citimortgage Inc,   Po Box 9438,dept 0251,   Gaithersburg, MD 20898-9438
13829061      +Mendelsohn and Mendelsohn, P.C.,   637 Walnut Street,   Reading, PA 19601-3524
13972143     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court:  Nationstar Mortgage, LLC,   ATTN: Bankruptcy Department,
               P.O. Box 619096,   Dallas, TX 75261-9741)
13687549     ++NISSAN MOTOR ACCEPTANCE CORPORATION,   LOSS RECOVERY,   PO BOX 660366,   DALLAS TX 75266-0366
             (address filed with court:  Nissan Motor Acceptance,   2901 Kinwest Parkway,   Irving, TX 75063)
13845190      +Nationstar Mortgage LLC,   Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue,
               Suite 100,   Boca Raton, FL 33487-2853
13691746       Nissan,   POB 660366,   Dallas, TX  75266-0366
13687550      +Nissan Motor Acceptance Corp/Infinity Lt,   Nmac/Attn: Bankruptcy,   Po Box 660360,
               Dallas, TX 75266-0360
13687553      +Tnb-Visa (TV) / Target,   C/O Financial & Retail Services,   Mailstop BV  PO Box 9475,
               Minneapolis, MN 55440-9475
13750902       eCAST Settlement Corporation,   PO Box 29262,   New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Aug 18 2020 04:24:07     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 18 2020 04:23:46
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 18 2020 04:24:02     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             E-mail/PDF: rmscedi@recoverycorp.com Aug 18 2020 04:25:29     The Bureaus, Inc.,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
13711773       E-mail/PDF: rmscedi@recoverycorp.com Aug 18 2020 04:25:56
               Bureaus Investment Group Portfolio No 15 LLC,   c/o Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
14106295      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2020 04:25:30
               Bureaus Investment Group Portfolio No 15 LLC,   c/o PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk VA 23541-1021
13687551       E-mail/Text: Bankruptcy.RI@Citizensbank.com Aug 18 2020 04:23:25     RBS Citizens Cc,
               Attn: Bankruptcy Department,   443 Jefferson Blvd Ms: Rjw-135,   Warwick, RI 02886
13687541      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 18 2020 04:25:53     Capital One,
               Capital One Retail Srvs,   Po Box 30253,   Salt Lake City, UT 84130-0253
13687540      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 18 2020 04:25:28     Capital One,
               Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
13697645       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 18 2020 04:25:55
               Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
13687547      +E-mail/Text: bankruptcy@huntington.com Aug 18 2020 04:23:53     Huntington Natl Bk,
               Huntington National Bank - Bankruptcy No,   Po Box 89424,   Cleveland, OH 44101-6424
13687542       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 18 2020 04:25:27     Chase Card Services,
               Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850
13687548      +E-mail/Text: PBNCNotifications@peritusservices.com Aug 18 2020 04:23:28     Kohls/Capital One,
               Po Box 3120,   Milwaukee, WI 53201-3120
13760814       E-mail/Text: bnc-quantum@quantum3group.com Aug 18 2020 04:23:38
               Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13695770       E-mail/PDF: rmscedi@recoverycorp.com Aug 18 2020 04:25:29
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13687552      +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2020 04:25:39     Synchrony Bank/Sams,
               Po Box 965005,   Orlando, FL 32896-5005
13689095      +E-mail/Text: bankruptcy@huntington.com Aug 18 2020 04:23:53     The Huntington National Bank,
               P.O. Box 89424,   Cleveland, OH 44101-6424
13687554      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 18 2020 04:25:53
               Worlds Foremost Bank N,   Po Box 82608,   Lincoln, NE 68501-2608
                                                                                              TOTAL: 18
```

```
District/off: 0313-2          User: ChrissyW             Page 2 of 2                  Date Rcvd: Aug 17, 2020
                              Form ID: 138NEW            Total Noticed: 34

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13687543*      ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
               (address filed with court:   Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,
                 Wilmington, DE 19850)
13687539       ##+Bank od America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                         TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2020 at the address(es) listed below:
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Holly J. Richardson tobykmendelsohn@comcast.net
              JOSHUA I. GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC
               Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for
               Nissan-Infiniti LT ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Holly J. Richardson
       Debtor(s)

Bankruptcy No: 16−11584−amc
Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                              For The Court
                              Timothy B. McGrath
                              Clerk of Court

Dated: 8/17/20

                              47 – 46
                            Form 138_new