United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Holly J. Richardson  
    Debtor

Case No. 16-11584-amc  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: ChrissyW<br>Form ID: 195 | Page 1 of 1<br>Total Noticed: 1 | Date Rcvd: Sep 17, 2020 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2020.
db        +Holly J. Richardson,   105 Landis Creek Lane,   Royersford, PA 19468-1775

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2020 at the address(es) listed below:
      BRENNA HOPE MENDELSOHN   on behalf of Debtor Holly J. Richardson tobykmendelsohn@comcast.net
      JOSHUA I. GOLDMAN   on behalf of Creditor   NATIONSTAR MORTGAGE LLC
       Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com
      REBECCA ANN SOLARZ   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER
       bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
      THOMAS I. PULEO   on behalf of Creditor   NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM EDWARD CRAIG   on behalf of Creditor   Nissan Motor Acceptance Corporation, Servicer for
       Nissan-Infiniti LT ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                           TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Holly J. Richardson                                          : Case No. 16−11584−amc
      Debtor(s)

### *ORDER*
_____

    AND NOW, this day , September 17, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court